UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN J. KURAN,

    Plaintiff,                              Case No. 1:13-cv-523

v.                                            HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff's counsel filed a Motion for award of attorney fees pursuant to 42 U.S.C. § 406(b) (Dkt 11).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 1, 2016, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 17) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for award of attorney fees (Dkt 11) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is awarded $2,168.75 in fees and costs pursuant to 42 U.S.C. § 406(b).

Dated:  April 19, 2016                                                /s/Janet T. Neff
                                                                      JANET T. NEFF
                                                                      United States District Judge